UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TYRONE HYPOLITE** | **CIVIL ACTION NO. 06-1852** |
| **VS.** | **SECTION P** |
| **TERRY TERRELL, WARDEN** | **JUDGE MELANÇON** |
| | **MAGISTRATE JUDGE HILL** |

## MEMORANDUM ORDER

Before the court is a petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254 by *pro se* petitioner, Tyrone Hypolite, on October 18, 2006. Petitioner is an inmate in the custody of Louisiana's Department of Public Safety and Corrections, incarcerated at the, Allen Correctional Center, in Kinder, Louisiana. Petitioner challenges his August 26, 2004 conviction for armed robbery, entered in the Sixteenth Judicial District Court for Iberia Parish, Louisiana.

On August 26, 2004, petitioner was found guilty of armed robbery following trial by jury. Thereafter, petitioner was sentenced to serve 35 years imprisonment. Petitioner's motion to reconsider his sentence was denied.

On June 1, 2005 petitioner's conviction and sentence were affirmed by the Louisiana Third Circuit Court of Appeals. *See State of Louisiana v. Tyrone Hypolite*, 2004-1658 (La. App. 3 Cir. 6/1/2005), 903 So.2d 1275. On direct appeal, through court appointed appellate counsel, petitioner argued the following assignments of error: (1) that

2

there was insufficient evidence to support his conviction; (2) that the trial court denied petitioner his constitutional right to represent himself at trial; and (3) that his sentence was excessive. On error patent review, the Third Circuit found that Petitioner had been charged *via* Bill of Information with 8 counts – armed robbery, public intimidation, reckless operation, resisting an officer, aggravated flight from an officer, hit and run driving, a headlights violation, and driving without a driver's license.   However, at trial, the Clerk read only the armed robbery charge to the jury, and following trial petitioner was convicted of that offense only.  Thus, the Third Circuit remanded the case for a proper disposition of the remaining charges.  *Id.* at 1278.

On September 22, 2006, petitioner's request for discretionary review in the Louisiana Supreme Court was inexplicably denied as "Repetitive." *State of Louisiana ex rel. Tyrone Hypolite v. State of Louisiana*, 2006-0618 (La. 9/22/2006), 937 So.2d 381.

Petitioner has not filed any applications for post-conviction relief in the Louisiana state courts.

The instant federal *habeas corpus* petition was filed on October 18, 2006. Petitioner argues the following claims for relief: (1) that there was insufficient evidence to support his conviction; (2) that the trial court denied petitioner his constitutional right to represent himself at trial; (3) that his sentence was excessive; and (4) that the Third Circuit erroneously remanded his case for disposition of the remaining charges.  Although it is unclear, in support of his petition, it appears that petitioner has submitted portions of

3

his writ application to the Louisiana Supreme Court on direct appeal.

By order dated March 12, 2007, the undersigned found that because petitioner had failed to submit copies of various documents, the court was unable to complete an initial review of petitioner's claims.  Accordingly, petitioner was ordered to provide those documents.  In response, on April 11, 2007, petitioner partially complied with this court's order, submitting a copy of the counseled brief filed on his behalf in the Louisiana Third Circuit Court of Appeals, and a copy of a March 17, 2006 letter from the Louisiana Supreme Court indicating that pleadings which were metered on December 28, 2005 had been filed in that court on March 17, 2006 under Docket Number 2006-0618.  Petitioner failed to submit a complete dated copy of his writ application filed in the Louisiana Supreme Court on direct appeal under Docket Number 2006-0618.  Accordingly, this court remains unable to complete initial review of petitioner's claims. Accordingly;

**IT IS ORDERED** that **within forty (40) days** of the date of this Order, petitioner shall submit the following document for this Court's review:

1. A **complete dated copy** of petitioner's writ application filed in the Louisiana Supreme Court on direct appeal under Docket Number 2006-0618;

Signed in Chambers, Lafayette,  Louisiana, on May 11, 2007.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE